ESSEX SAVINGS BANK *v.* JOHN F. COYNE ET AL.
(12313)

O'CONNELL, LAVERY and HEIMAN, Js.

Argued November 3—decision released November 23, 1993

*Kenneth R. Davis,* for the appellant (named defendant).

*John S. Bennet,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.